# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2017

### NO. 03-16-00852-CR

**Rhondy Davis, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order on application for habeas corpus relief entered by a federal district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.